UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW WILKINS, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>vs.<br><br>CASPER SLEEP, INC.,<br><br>                Defendant. | **DOCUMENT FILED ELECTRONICALLY**<br><br>Civil Action No._____<br><br>**NOTICE OF REMOVAL** |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that defendant Casper Sleep Inc. ("Casper") by and through their undersigned counsel hereby remove the above-captioned action from the Court of Common Pleas of Chester County (the Pennsylvania Court"), to the United States District Court for the Eastern District of Pennsylvania, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. This Notice of Removal is being filed with Pennsylvania Court pursuant to 28 U.S.C. § 1446(d).

## BACKGROUND

1. On April 16, 2024, Plaintiff Andrew Wilkins instituted an action against Casper in the Court of Common Pleas of Chester County, Pennsylvania, styled as <u>Andrew Wilkins, on behalf of himself and all others similarly situated v. Casper Sleep, Inc.</u>, Docket No. 2024-03253-TT ("State Court Action.").

2. Pursuant to 28 U.S.C. § 1446(a), a true and accurate copy of the Complaint is attached hereto as Exhibit ("Ex.") A.

3. On April 22, 2024, counsel for Casper agreed to waive service and serve an answer or motion within forty-five (45 days) from April 22, 2024 ("Waiver of Service").

4. Pursuant to 28 U.S.C. § 1446(a), a true and accurate copy of the Waiver of Service is attached hereto as Exhibit ("Ex.") B.

5. Pursuant to 28 U.S.C. § 1446(a), a true and accurate copy of the Civil Cover Sheet is attached hereto as Exhibit ("Ex.") C.

6. As of May 22, 2024, no other motions or papers have been filed, or are pending, in the State Court Action.

7. In the Complaint, Plaintiff alleges that Casper's website, http://www.casper.com, is inaccessible to individuals who are blind or have visual impairments and that Casper discriminated against Plaintiff based on his disability. Plaintiff seeks relief for these allegations pursuant to the Americans with Disabilities Act, 42 U.S.C. § 12182, *et seq.* ("ADA").

## BASIS FOR REMOVAL

8. The State Court Action is removable from the Court of Common Pleas of Chester County Pennsylvania to this Court pursuant to 28 U.S.C. §1441(a) because the Complaint raises claims under the laws of the United States over which this Court has original jurisdiction pursuant to 28 U.S.C. §1331, in that:

   a. The Complaint alleges in the First Cause of Action that Casper violated the ADA. See Ex. A, First Cause of Action.

   b. This Court has original jurisdiction over the above-captioned action pursuant to the ADA which may properly be removed to this Court pursuant to 28 U.S.C. § 1441. See, e.g., Conoshenti v. Pub. Serv. Elec. & Gas Co., 364 F.3d 135, 140 n.5 (3d Cir. 2004) (stating that the District Court had jurisdiction under 28 U.S.C. § 1331 because the case involved a federal question, and that removal was proper under 28 U.S.C. § 1441(b)); see also Wis. Dep't of Corr. v. Schacht, 524 U.S. 381, 386 (1998) (stating

that removal based upon federal question is proper where the plaintiff's claims "arise under" federal law).

c. As a result of the foregoing federal question that appears on the face of the Complaint, this Court has original jurisdiction under 28 U.S.C. §1331, and this case is properly removed under 28 U.S.C. §1441(a).

## TIMELINESS OF REMOVAL

9. The removal of this action is timely because it was accomplished within 30 days of the date on which Plaintiff served Casper with the Complaint, and filed the Waiver of Service. See 28 U.S.C. § 1446(b). The time for Casper to answer has not expired.

## VENUE

10. Under 28 U.S.C. § 1441(a), the United States District Court for the Eastern District of Pennsylvania is the appropriate court of removal because it embraces the place where this action is pending. See 28 U.S.C. §§ 1441(a) and 1446(a).

## PROCEDURAL COMPLIANCE

11. Written notice of the filing of this Notice of Removal will be served on Plaintiff and a copy of this Notice will be filed with the Clerk of the Court of Common Pleas of Chester County as required by 28 U.S.C. § 1446(d).

12. Pursuant to 28 U.S.C. § 1446(d), Casper will file a Notice of Filing of Notice of Removal, along with a copy of this Notice of Removal, with the Clerk of the Court of Common Pleas of Chester County, the Chester County Courthouse, 201 W. Market St. Suite 1400, West Chester, PA 19380.

13. Pursuant to 28 U.S.C. § 1446(a), a true and accurate copy of the Notice of Filing of Notice of Removal is attached hereto as Exhibit ("Ex.") D.

## **MISCELLANEOUS ISSUES**

14. By filing this Notice of Removal, Casper does not waive any defenses that may be available to them, including, but not limited to, the right to assert any defenses and/or objections to which they may be entitled.

**WHEREFORE**, Casper hereby removes the above-captioned action now pending in the Court of Common Pleas of Chester County, to the United States District Court for the Eastern District of Pennsylvania, wherein it shall proceed as an action originally commenced therein.

EPSTEIN BECKER & GREEN, P.C.

By: */s/ Carolyn O. Boucek*
227 West Monroe St., Suite 3250
Chicago, Illinois 60606
Tel: (312) 499-1486
cboucek@ebglaw.com
*Attorneys for Defendant*
*Casper Sleep Inc.*

Dated: May 22, 2024

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this date I caused a copy of the foregoing Notice of Removal and accompanying exhibits, Notice of Filing of Removal, Designation Sheet, and Civil Cover Sheet to be served upon Plaintiff Andrew Wilkins, via email and first-class mail to attorneys for Plaintiff at:

> Daniel Zemel, Esq.
> ZEMEL LAW, LLC
> 400 Sylvan Ave, Suite 200
> Englewood Cliffs, New Jersey 07632
> dz@zemellawllc.com

I hereby further certify that I caused Casper's Notice of Filing of Removal, together with a copy of the Notice of Removal, to be filed electronically with the Pennsylvania Court.

*/s/ Carolyn O. Boucek*

Dated: May 22, 2024